IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hudson, Shuwanda Renee | Case Number: 06 B 10997 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 01/06/09 | Filed: 9/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 19, 2008
Confirmed: December 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,898.28 | |
| Secured: | | 4,266.66 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,250.00 |
| Trustee Fee: | | 371.98 |
| Other Funds: | | 9.64 |
| Totals: | 6,898.28 | 6,898.28 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dollie I Warren-Reed | Administrative | 2,250.00 | 2,250.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 6. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 7. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 8. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 9. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 10. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 11. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 12. | EMC Mortgage Corporation | Secured | 18,334.34 | 3,810.00 |
| 13. | Ocwen Federal Bank FSB | Secured | 2,420.88 | 386.82 |
| 14. | Chase Home Finance | Secured | 379.98 | 69.84 |
| 15. | Illinois Dept of Revenue | Priority | 1,830.36 | 0.00 |
| 16. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 17. | Capital One | Unsecured | 126.11 | 0.00 |
| 18. | Capital One | Unsecured | 665.71 | 0.00 |
| 19. | Capital One | Unsecured | 304.12 | 0.00 |
| 20. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 21. | Bally's Health Club | Unsecured | | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 26,311.50 | $ 6,516.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hudson, Shuwanda Renee

Printed: 01/06/09

Case Number:  06 B 10997
Judge:  Hollis, Pamela S
Filed:  9/5/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 371.98 |
|  | $ 371.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

